UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LEON EUGENE MORRIS,

    Plaintiff,

    v.

D. A. TRAVIS, et al.,

    Defendants.

Case No. 14-cv-05134-WHO (PR)

**ORDER EXTENDING TIME**

Dkt. No. 18

Plaintiff Leon Morris's motion for an extension of time to file an opposition to defendants' motion to dismiss (Docket No. 18) is GRANTED. The opposition shall be filed on or before September 25, 2015.

The Clerk shall terminate Docket No. 18.

**IT IS SO ORDERED.**

**Dated:** July 22, 2015

_____
WILLIAM H. ORRICK
United States District Judge